UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTIN,<br><br>    Petitioner,<br><br>    v.<br><br>RON BARNES, Warden,<br><br>    Respondent. | Case No. LA CV 12-09503-VBF-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, final judgment is hereby entered in favor of the respondent and against petitioner Jason Martin.

DATED: June 5, 2015

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge